PARRISH v. HAYWORTH

No. 355P00

Case below: 138 N.C. App. 637

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

PEACOCK v. SHINN

No. 442P00

Case below: 139 N.C. App. 487

353 N.C. 267

Motion by plaintiff pro se for reconsideration of order allowing motion to dismiss appeal and denying petition for discretionary review dismissed 1 February 2001.

PEARSON v. C.P. BUCKNER STEEL ERECTION

No. 452P97-2

Case below: 139 N.C. App. 394

Petition by intervenor (Cary Health Care Center, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 March 2001.

PETTY v. OWEN

No. 557P00

Case below: 140 N.C. App. 494

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

POTTER v. CITY OF HAMLET

No. 98P01

Case below: 142 N.C. App. 714

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.